Case 2:22-mj-02053-DUTY   Document 3   Filed 10/13/22   Page 1 of 1   Page ID #:117
Case 2:22-mj-02053-DUTY *SEALED*   Document 2 *SEALED*   Filed 05/24/22   Page 2 of 14
Page ID #:60

# Return

| Case No: | Date and time warrant served on provider: |
|---|---|
| 2:22-MJ-02053 | May 25, 2022 @ 1:56 pm |

Inventory made in the presence of:
Special Agent Christopher Lees, Taskforce Officer Jeremy Cossey

Inventory of data seized:
[Please provide a description of the information produced.]

- Instagram (Meta Platforms) produced 4,906 files in "linked media" - (2.23 GB). Seized from this were 284 mB of Audio, Image and video files.

- Instagram (Meta Platforms) produced a 23121 page document. Seized from this were 75 chats.

## Certification

*I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 8/10/22

Executing officer's signature

Christopher R. Lees, Special Agent HSI
Printed name and title